UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANT HULET,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF TUOLUMNE and TUOLUMNE COUNTY SHERIFF'S OFFICE,<br><br>　　　　　Defendants. | Case No. 1:23-cv-01217-NODJ-HBK<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY CERTAIN CASE MANAGEMENT AND SCHEDULING ORDER DEADLINES<br><br>(Doc. No. 24) |

　　　　Pending before the Court is Defendants' Unopposed Motion to Modify Case Management and Scheduling Order filed January 23, 2024. (Doc. No. 24). Due to a change in counsel for the defense, Defendant seeks to extend the deadlines to make initial disclosures and amend the pleadings. (*Id*. at 2). Plaintiff has no objection. (*Id*). The Court find good cause to grant the relief requested. Fed. R. Civ. P. 16(b)(4).

　　　　Accordingly, it is ORDERED:

1. Defendants' Unopposed Motion to Modify Case Management and Scheduling Order (Doc. No. 24) is GRANTED.

2. The **initial disclosures deadline** is extended to **February 8, 2024.**

3. The **amended pleading deadline** is extended to **May 13, 2024.**

4. All other deadlines and procedures set forth in the January 4, 2024 Case Management and Scheduling Order (Doc. No. 22) remain in effect.

Dated: January 23, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE