UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANT HULET, | Case No. 1:23-cv-01217-KES-HBK |
| Plaintiff, | ORDER GRANTING REFERRAL TO SETTLEMENT CONFERENCE AND STAYING MOTIONS AND DEADLINES |
| v. | |
| COUNTY OF TUOLUMNE, et al., | (Doc. No. 52) |
| Defendants. | |

On October 16, 2024, the Parties filed a joint stipulation requesting a referral of this case to a settlement conference. (Doc. No. 52). The Parties advised the Court that they contacted the chambers of Chief Magistrate Judge Carolyn Delaney and scheduled a settlement conference with Judge Delaney for December 20, 2024. (*Id*. at 2). The Court will stay all pending motions and deadlines in this case until either the conclusion of the settlement conference or upon further order from the Court.

Accordingly, it is **ORDERED**:

1. The Parties' request for referral to a settlement conference (Doc. No. 52) is GRANTED.
2. The Court refers this case to **Chief Magistrate Judge Carolyn K. Delaney** for a settlement conference to be held on **December 20, 2024 at 1:30 p.m., via Zoom**.
3. Judge Delaney, by separate order, will set forth the parameters for the settlement conference.

4. The Court STAYS all pending motions and deadlines in this action until the conclusion of the settlement conference or upon further order of the Court.

Dated:   October 18, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

Copies:  Lisa Kennison, CRD

2