**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Alison J. Southard, SBN 335716
2180 Harvard Street, Suite 500
Sacramento, CA 95815
cfessenden@porterscott.com
asouthard@porterscott.com
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF TUOLUMNE, TUOLUMNE COUNTY SHERIFF'S OFFICE, BILL POOLEY, CARL BENSON, MARCUS GREEN, SHAYLENE GRAZIOSE, JESSICA HOLT, SHELBY HEDGPETH, and, DANIEL GAVRILAS
*Exempt from Filing Fees Pursuant to Government Code § 6103*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GRANT HULET, | CASE NO. 1:23-cv-01217-KES-HBK |
| Plaintiff, | **JOINT STIPULATION AND ORDER TO CONTINUE TRIAL AND PRETRIAL DEADLINES** |
| v. | |
| COUNTY OF TUOLUMNE, TUOLUMNE COUNTY SHERIFF'S OFFICE, BILL POOLEY, CARL BENSON, MARCUS GREEN, SHAYLENE GRAZIOSE, JESSICA HOLT, SHELBY HEDGPETH, and, DANIEL GAVRILAS, | Complaint Filed: 08/14/2023<br>FAC Filed: 05/07/2024 |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between the parties through their counsel of record:

1. Dominic Spinelli of Spinelli, Donald, & Nott, the current counsel of record for Defendants County of Tuolumne (sued as "Tuolumne County Sheriff's Office"), Bill Pooley, Carl Benson, Marcus Green, Shaylene Graziose, Jessica Holt, Shelby Hedgpeth, and Daniel Gavrilas (collectively, "Defendants"), will be retiring at the end of this year. His office no longer has capacity to continue representing Defendants in this matter and will not be representing Defendants after Mr. Spinelli's retirement.

2. Alison J. Southard and Carl L. Fessenden, of Porter Scott Attorneys, have been retained to take over representation of Defendants in this matter, up to and including trial. Ms. Southard and Mr. Fessenden have appeared in this matter. (*See* ECF No. 69, Southard Notice of Appearance; ECF No. 68, Defendants' Notice of Association of Counsel; *see also* Declaration of Alison J. Southard ("Southard Decl."), ¶ 3.)

3. Under the current Case Management and Scheduling Order (ECF No. 22), the deadline to file final joint pretrial statement, motion(s) in limine, proposed jury instructions, and verdict form in this matter is **December 22, 2025**; the date of the Final Pretrial Conference is **January 5, 2026, at 1:30 p.m.**; and Trial is **February 17, 2026, at 8:30 a.m.** (ECF. No. 22.)

4. Ms. Southard and Mr. Fessenden recently received file materials in this matter and need additional time to review the voluminous file materials, familiarize themselves with the issues in this case, and adequately prepare for trial. (Southard Decl., ¶ 4.) Defense counsel has discussed these issues with Plaintiff's counsel of record. (Southard Decl., ¶ 5.) The parties agree there is good cause for a short trial continuance in this matter to allow defense counsel sufficient time to prepare for trial. The parties have agreed to continue trial to **May 18, 2026,** or as soon thereafter as the Court's calendar permits. (Southard Decl., ¶ 5.) The parties further request that all pretrial deadlines and conferences be reset approximately 90 days, to follow the new trial date.

5. The parties have thus agreed to extend the current trial date and pretrial deadlines as follows, subject to the Court's availability and approval:

/ / /

/ / /

/ / /

|  | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| Deadline to file final joint pretrial statement, motion(s) in limine, proposed jury instructions, and verdict form. | December 22, 2025 | March 23, 2026 |
| Pretrial Conference | January 5, 2026, at 1:30 p.m. | April 6, 2026, at 1:30 p.m. |
| Trial | February 17, 2026, at 8:30 a.m. | May 18, 2026, at 8:30 a.m. |

**IT IS SO STIPULATED.**

Dated: November 19, 2025                                  PORTER SCOTT
                                                                                       A PROFESSIONAL CORPORATION


                                                                                       By __/s/ *Alison J. Southard*_____
                                                                                              Carl L. Fessenden
                                                                                              Alison J. Southard
                                                                                              Attorneys for Defendants

Dated: November 19, 2025                                  LAW OFFICE OF MARK E. MERIN


                                                                                       By __/s/ *Mark Merin*_____
                                                                                              Mark Merin
                                                                                              Attorney for Plaintiff

**ORDER**

Pursuant to the stipulation of the parties, and good cause appearing therefore, **IT IS HEREBY ORDERED**:

The present Case Management and Scheduling Order is amended as follows:

1. Deadline to file final joint pretrial statement: March 9, 2026
2. Pretrial Conference: March 23, 2026, at 3:00 p.m.
3. Trial    May 19, 2026, at 8:30 a.m.[1]
4. Deadlines to file motions in limine, proposed jury instructions, and a proposed verdict form will be set by the Court in the pretrial order to be issued following the pretrial conference.

IT IS SO ORDERED.

Dated:  November 19, 2025

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Court's law and motion calendars are on Mondays, and trials are typically set to begin on a Tuesday. The trial start date was adjusted accordingly.