# UNITED STATES DISTRICT COURT

Eastern **District of** California

GRANT HULET

Plaintiff (s),

V.

COUNTY OF TUOLUMNE, ET AL.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** (Doc. No. 74)

CASE NUMBER: 1:23-cv-01217-KES-HBK

Notice is hereby given that, subject to approval by the court, _____Carl Benson_____ substitutes
(Party (s) Name)

_____Carl L. Fessenden_____, State Bar No. _____161494_____ as counsel of record in place
(Name of New Attorney)

place of _____Jeffrey Arnold_____.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

- Firm Name: Porter Scott, APC
- Address: 2180 Harvard Street, Suite 500, Sacramento, CA 95815
- Telephone: 916-929-1481    Facsimile:
- E-Mail (Optional): cfessenden@porterscott.com

I consent to the above substitution.

Date: 1/6/2026

Carl Benson

/s/ *Carl Benson*

(Signature of Party (s))

I consent to being substituted.

Date: 1/6/2026

Jeffrey Arnold

/s/ *Jeffrey Arnold*

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 1/6/2026

/s/ *Carl L. Fessenden*

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 1/8/2026

*[signature]*

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**