# UNITED STATES DISTRICT COURT

Eastern **District of** California

GRANT HULET

Plaintiff (s),

V.

COUNTY OF TUOLUMNE, ET AL.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** (Doc. No. 75)

**CASE NUMBER:** 1:23-cv-01217-KES-HBK

Notice is hereby given that, subject to approval by the court, _Daniel Gavrilas_ substitutes
(Party (s) Name)

_Carl L. Fessenden_, State Bar No. _161494_ as counsel of record in place
(Name of New Attorney)

place of _Jeffrey Arnold_.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Porter Scott, APC |
| Address: | 2180 Harvard Street, Suite 500, Sacramento, CA 95815 |
| Telephone: | 916-929-1481        Facsimile |
| E-Mail (Optional): | cfessenden@porterscott.com |

I consent to the above substitution.                    Daniel Gavrilas

Date: 1/6/2026                    /s/ *Daniel Gavrilas*
                                  (Signature of Party (s))

I consent to being substituted.                    Jeffrey Arnold

Date: 1/6/2026                    /s/ *Jeffrey Arnold*
                                  (Signature of Former Attorney (s))

I consent to the above substitution.

Date: 1/6/2026                    /s/ *Carl L. Fessenden*
                                  (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 1/8/2026                    _[signature]_
                                  Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**