# UNITED STATES DISTRICT COURT

Eastern **District of** California

| | |
|---|---|
| GRANT HULET | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
| Plaintiff(s), | (Doc. No. 72) |
| V. | |
| COUNTY OF TUOLUMNE, ET AL. | |
| Defendant(s), | CASE NUMBER: 1:23-cv-01217-KES-HBK |

Notice is hereby given that, subject to approval by the court, __County of Tuolumne__ substitutes
(Party(s) Name)

__Carl L. Fessenden__, State Bar No. __161494__ as counsel of record in place
(Name of New Attorney)

place of __Jeffrey Arnold__.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Porter Scott, APC
Address: 2180 Harvard Street, Suite 500, Sacramento, CA 95815
Telephone: 916-929-1481    Facsimile:
E-Mail (Optional): cfessenden@porterscott.com

I consent to the above substitution.                        County of Tuolumne
Date: 1/6/2026                                              /s/ *Christopher Schmidt*
                                                            (Signature of Party(s))

I consent to being substituted.                             Jeffrey Arnold
Date: 1/6/2026                                              /s/ *Jeffrey Arnold*
                                                            (Signature of Former Attorney(s))

I consent to the above substitution.
Date: 1/6/2026                                              /s/ *Carl L. Fessenden*
                                                            (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 1/8/2026                                              [signature]
                                                            Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**