# UNITED STATES DISTRICT COURT

Eastern **District of** California

| | |
|---|---|
| GRANT HULET<br>Plaintiff (s),<br><br>V.<br><br>COUNTY OF TUOLUMNE, ET AL.<br>Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**  (Doc. No. 79)<br><br>CASE NUMBER: 1:23-cv-01217-KES-HBK |

Notice is hereby given that, subject to approval by the court, _Tuolumne County Sheriff's Office_ substitutes
(Party (s) Name)

_Carl L. Fessenden_, State Bar No. _161494_ as counsel of record in place
(Name of New Attorney)

place of _Jeffrey Arnold_.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

- Firm Name: Porter Scott, APC
- Address: 2180 Harvard Street, Suite 500, Sacramento, CA 95815
- Telephone: 916-929-1481        Facsimile:
- E-Mail (Optional): cfessenden@porterscott.com

I consent to the above substitution.

Date: 1/6/2026

Tuolumne County Sheriff's Office
/s/ *Christopher Schmidt*
(Signature of Party (s))

I consent to being substituted.

Date: 1/6/2026

Jeffrey Arnold
/s/ *Jeffrey Arnold*
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 1/6/2026

/s/ *Carl L. Fessenden*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 1/8/2026

*[signature]*
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**