# UNITED STATES DISTRICT COURT

Eastern **District of** California

GRANT HULET

Plaintiff(s),

V.

COUNTY OF TUOLUMNE, ET AL.

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** (Doc. No. 76)

CASE NUMBER: 1:23-cv-01217-KES-HBK

Notice is hereby given that, subject to approval by the court, __Jessica Holt__ substitutes
(Party(s) Name)

__Carl L. Fessenden__, State Bar No. __161494__ as counsel of record in place
(Name of New Attorney)

place of __Jeffrey Arnold__.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Porter Scott, APC

Address: 2180 Harvard Street, Suite 500, Sacramento, CA 95815

Telephone: 916-929-1481          Facsimile:

E-Mail (Optional): cfessenden@porterscott.com

I consent to the above substitution.

Date: 1/6/2026

Jessica Holt

/s/ *Jessica Holt*
(Signature of Party(s))

I consent to being substituted.

Date: 1/6/2026

Jeffrey Arnold

/s/ *Jeffrey Arnold*
(Signature of Former Attorney(s))

I consent to the above substitution.

Date: 1/6/2026

/s/ *Carl L. Fessenden*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 1/8/2026

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**